**2007–1832.   Roe v. Planned Parenthood Southwest Ohio Region.**
Hamilton App. No. C–060557, 2007-Ohio-4318. Reported at 116 Ohio St.3d 1477, 2008-Ohio-153, 879 N.E.2d 785. On motion for reconsideration. Motion granted. Discretionary appeal accepted on Proposition of Law Nos. II, IV, V, and VI.

PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2007–1916.   Cuyahoga Metro. Hous. Auth. v. SEIU Local 47.**
Cuyahoga App. No. 88893, 2007-Ohio-4292. Reported at 116 Ohio St.3d 1479, 2008-Ohio-153, 879 N.E.2d 786. On motion for reconsideration. Motion denied.

**2007–2170.   State ex rel. Hytower v. Beightler.**
In Habeas Corpus. Reported at 116 Ohio St.3d 1470, 2008-Ohio-153, 879 N.E.2d 780. On motion for reconsideration. Motion denied.

**2007–2207.   DiStasio v. State.**
In Habeas Corpus. Reported at 116 Ohio St.3d 1471, 2008-Ohio-153, 879 N.E.2d 780. On motion for reconsideration. Motion denied.

**2007–2291.   Gonzales v. Smith.**
In Habeas Corpus. Reported at 116 Ohio St.3d 1471, 2008-Ohio-153, 879 N.E.2d 780. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

*March 27, 2008*

[Cite as *03/27/2008 Case Announcements,* 2008-Ohio-1397.]

## MOTION AND PROCEDURAL RULINGS

**2007–1863.   Middleburg Hts. v. Quinones.**
Cuyahoga App. No. 88242, 2007-Ohio-3643. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of appellant and amici curiae to supplement the record,

It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2007–2335.   Harris v. Used Car Ctr., Inc.**
Butler App. No. CA2007–09–205. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–2456.   State v. Bibbs.**
Clark App. No. 06–CA–119, 2007-Ohio-5565. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due March 21, 2007, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.